UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

VERMONT MUTUAL INSURANCE COMPANY,
a/s/o ROBERT and NANCY MCNEIL, and
ROBERT and NANCY MCNEIL,
                Plaintiffs,

v.                                                  C.A. No. 04CV12257NG

HAMILTON BEACH PROCTOR-SILEX, INC.,
                Defendant.

## DEFENDANT'S DISCLOSURE PURSUANT TO LOCAL RULE 7.3

Pursuant to Local Rule 7.3, the Defendant, Hamilton Beach/Proctor-Silex, Inc. discloses that:

1. Hamilton Beach/Proctor-Silex, Inc. (hereinafter "HB/PS") is the Defendant in this litigation.

2. NACCO Housewares Holding Company is the parent corporation of HB/PS.

3. NACCO Industries, Inc. is the parent corporation of NACCO Housewares Holding Company, which is the parent corporation of HB/PS.

The Defendant,
By its Attorneys,

/s/ Scott J. Tucker
Scott J. Tucker - BBO#503940
Tucker, Heifetz & Saltzman, LLP
Three School Street
Boston, Massachusetts 02108
(617) 557-9696

I hereby certify that I made service of the foregoing document in accordance with the provisions of Fed. R. Civ. P. 5.

/s/ Scott J. Tucker   11/12/04