COMMONWEALTH OF MASSACHUSETTS

MIDDLESEX, SS.                           SUPERIOR COURT DEPARTMENT
                                         CIVIL ACTION NO. 04CV12257NG

| | |
|---|---|
| VERMONT MUTUAL INSURANCE COMPANY, as Subrogee of Robert and Nancy McNeil, and ROBERT and NANCY MCNEIL,    Plaintiffs | ) ) ) ) ) ) |
| vs. | ) ) |
| HAMILTON BEACH PROCTOR-SILEX, INC.,    Defendant | ) ) ) |

**CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D) (3) (a) AND (b) OF PLAINTIFFS, VERMONT MUTUAL INSURANCE COMPANY, AS SUBROGEE OF ROBERT AND NANCY MCNEIL, AND ROBERT AND NANCY MCNEIL**

Plaintiffs, Vermont Mutual Insurance Company, as Subrogee of Robert and Nancy McNeil, Robert and Nancy McNeil and their counsel, Monahan & Associates, P.C. hereby certify and affirm that they have conferred:

(a)   with a view of establishing a budget for the cost of conducting the full course – and various alternative courses – of litigation; and,

(b)   to consider the resolution of litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

2

| | |
|---|---|
| **Vermont Mutual Insurance Company, as Subrogee of Robert and Nancy McNeil, and Robert and Nancy McNeil** | **MONAHAN & ASSOCIATES, P.C.** |
| s/ Elaine Bedard | s/ Douglas F. Hartman |
| By:  Elaine Bedard, SCLA<br>       Claims Analyst<br>       Vermont Mutual Insurance Company | By:  Douglas F. Hartman<br>       Counsel for Plaintiffs |