UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

VERMONT MUTUAL INSURANCE COMPANY,
a/s/o ROBERT and NANCY MCNEIL, and
ROBERT and NANCY MCNEIL,
                    Plaintiffs,

v.                                                             C.A. No. 04CV12257NG

HAMILTON BEACH PROCTOR-SILEX, INC.,
                    Defendant.


### DEFENDANT'S SUPPLEMENTAL INITIAL DISCLOSURE

Pursuant to Fed. R. Civ. P. 26 (a) (1) and Local Rule 26.2 (A), the Defendant, Hamilton Beach/Proctor-Silex, Inc. (hereinafter "Hamilton Beach") hereby makes this Initial Disclosure. This Disclosure is based upon the information now available to the Defendant and its counsel.

A.    Individuals with Discoverable Information

At this time the Defendant is aware that the following individuals are likely to and/or may have discoverable information relevant to the above-captioned matter:

1.    Nancy McNeil, Plaintiff, 48-50 Princeton Street, Medford, MA 02155, is likely to have information regarding the details of how the fire occurred.

2.    Robert McNeil, Plaintiff, 48-50 Princeton Street, Medford, MA 02155, is likely to have information regarding the details of how the fire occurred.

3.    John Doyle, last known address, 48-50 Princeton Street, Medford, MA 02155, is likely to have information regarding the details of how the fire occurred.

4.    John J. Datovech, P.E., C.F.E.I., Manager, Product Assurance & Licensing Quality, Hamilton Beach/Proctor-Silex, Inc., 4421 Waterfront Drive, Glen Allen, VA 23060, is familiar with the design and function of the subject toaster.

B.    Documents, Data Compilations and Tangible Things

1.    Design drawings, product specifications, bill of materials, and product literature for the subject toaster.

2.    ANSI/UL Standards for the subject toaster.

3.    Portion of UL Follow-Up Service Report applicable to the subject toaster.

4.    Photographs of the fire scene, toaster and other evidence.

5.    Subject toaster.

6.    Kellogg Strawberry Pop-Tart remnants.

7.    National Electric Code.

8.    National Fire Protection Association NFPA 921, Guide for Fire and Explosion Investigations, 1998 and 2001, which are in the public domain.

> The Defendant,
> By its Attorneys,
>
> _____
> Scott J. Tucker - BBO#503940
> Tucker, Heifetz & Saltzman, LLP
> Three School Street
> Boston, Massachusetts 02108
> (617) 557-9696

CERTIFICATE OF SERVICE
I hereby certify that I made service of the foregoing document in accordance with the provisions of Fed. R. Civ. P. 5.

6-8-05