UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

VERMONT MUTUAL INSURANCE COMPANY,
a/s/o ROBERT and NANCY MCNEIL, and
ROBERT and NANCY MCNEIL,
          Plaintiffs,

v.                                              C.A. No. 04CV12257NG

HAMILTON BEACH PROCTOR-SILEX, INC.,
          Defendant.

NOTICE OF CHANGE OF ADDRESS

TO:   THE CLERK OF THE ABOVE-NAMED COURT:

      Effective May 1, 2006, please note the firm's change of address, on behalf of counsel for the Defendant in the above-captioned matter for Tucker, Heifetz & Saltzman, LLP from Three School Street to:

                Tucker, Heifetz & Saltzman, LLP
                100 Franklin Street, Suite 801
                Boston, Massachusetts 02110
                    Tel: (617) 557-9696
                    Fax: (617) 227-9191

                                        The Defendant,
                                        By its Attorneys,

                                        /s/ Scott J. Tucker
                                        Scott J. Tucker (BBO#503940)
                                        Tucker, Heifetz & Saltzman, LLP
                                        Three School Street
                                        Boston, Massachusetts 02108
                                        (617) 557-9696

[Handwritten notation: certificate of service, document in accordance with Fed. R. Civ. P. 5, 4-25-06]