# MICHAEL J. RAINS, P.E.
*Electrical Engineer*

**YEARS OF EXPERIENCE: 38**

**EDUCATION**

Bachelor of Science, Electrical Engineering, Northeastern University, 1967

Master of Engineering, Electrical Engineering, University of Maine, 1974

**REGISTRATIONS**

Professional Electrical Engineer, Commonwealth of Massachusetts, #27355

Registered Master Technician, Commonwealth of Massachusetts, #8060

**PROFESSIONAL EXPERIENCE**

EFI Global, Electrical Engineer, 2002 – Present

The Foxboro Company, Principal Safety Codes and Standards Compliance Engineer, 1989 - 2002

Digital Equipment Corporation, Quality Engineering Supervisor, 1976 – 1980; Principal Product Safety Engineer, 1986 – 1989

GenRad, Inc, Manager of Corporate Product Integrity, 1980 – 1986

Factory Mutual Research Corporation, Project Manager-Approvals Department, 1973 – 1976

US Air Force, commissioned officer, 1968 - 1973

**PROFESSIONAL SUMMARY**

Mr. Rains has over thirty-five years of experience in the design and certification of electrical and electronic equipment to meet safety regulatory agency requirements including equipment designed for use in explosive atmospheres. Mr. Rains has many years of experience at several large companies dealing with the product liability issues resulting from equipment failures. This includes the identification of design defects, equipment misuse, improper installation and improper maintenance as contributing factors. Product knowledge includes all electrical, electronics and electro-mechanical equipment for home appliances to complex computer based industrial control systems.

**SPECIALIZED EDUCATION**

Causes of Appliance Fires, Massachusetts Chapter of the IAAI, November 2002.

**COURSES INSTRUCTED / GUEST LECTURER**

Taught several undergraduate courses in electronics, University of Maine in Orono, 1967 - 1968.

Taught solid-state electronics one semester at Massasoit Community College, Brockton, MA, 1977.

**AFFILIATIONS**

Northeast Product Safety Society, Member and Past Treasurer

ISA Society - Past member of SP12.2 (Intrinsic Safety) and SP82.02 (Electrical and Electronic Instrumentation Safety) standards committee.

Underwriters Laboratories - Past member of UL 913 (Intrinsic Safety) and UL 1244 (Electrical and Electronic Measuring and Testing Equipment) standards committees.

Canadian Standards Association - Past member of CSA C22.2 No. 157 (Intrinsic Safety) standard committee.