# JEFFREY K. LOWE
## Curriculum Vitae

**Employment Record and Experience**

**10-94 to present**   **Fire and Explosion Investigator**
**(promoted to Supervisor-2002)**
**EFI Global, Inc.**
Responsibilities include investigation of motor vehicle, residential and commercial property fire scenes to determine origin and cause. Responsibilities also include preparation, collection and preservation of oral, documentary and demonstrative evidence to support conclusion.

**09-91 to 10-94**   **Fire-Explosion Analyst**
**Fire Science Technologies, Inc.**
Palmer, Massachusetts
Responsibilities include investigations of residential, motor vehicle and commercial property fire scenes to determine origin and cause.

**06-84 to present**   **Captain (Promoted-November, 1998)**
**Rutland Fire Department**
Rutland, Massachusetts
Responsibilities include investigation of fires to determine origin and cause, as well as suppression, and fire prevention activity.

**Fire Science Education**

**09/03/98**   **Master of Science Degree**
**to**   Major: Fire and Arson Investigation
**09/15/02**   University of New Haven
West Haven, Connecticut
- Arson for Profit
- Product Liability
- Fire Protection Systems Application
- Industrial Fire Protection
- Advanced Crime Scene Investigation
- Fire Protection Codes and Standards
- Chemistry of Fires and Explosions
- Advanced Fire Scene and Arson Analysis
- Survey of Forensic Science
- Systems Approach to Fire Safety
- Forensic Experts on their Expertise
- Design, Dynamics and Evaluation of Structural Fires
- Legal Aspects of Fire and Arson Investigation

- Research Project: "Explosion Dynamics"

Case 1:04-cv-12257-NG   Document 12-6   Filed 04/27/2006   Page 2 of 8

Jeffrey Lowe                Curriculum Vitae                        Page 2

- Research Project: "Explosion Dynamics"

**Fire Science Education (continued)**

| | |
|---|---|
| 05-91 | **Bachelor of Science Degree**<br>Major: Fire/Arson Investigation<br>Minor: Criminal Justice<br>University of New Haven<br>West Haven, Connecticut |
| 03-20-94<br>to<br>06-30-94 | **Advanced Fire and Arson Investigation**<br>Anna Maria College<br>Paxton, Massachusetts |

**Certifications**

| | |
|---|---|
| 12-98 | **Certified Fire Investigator**<br>Massachusetts Firefighting Academy<br>Stow, Massachusetts<br>(Expires 12-05-03) |
| 08-98 | **Certified Fire and Explosion Investigator**<br>National Association of Fire Investigators<br>Hoffman Estates, Illinois<br>Registration No.: 3971-1901 |
| 05-97 | **Certified Fire Investigator**<br>International Association of Arson Investigators<br>St. Louis, Missouri<br>Certificate Number 22-064<br>(Expires 05-15-07) |
| 05-97 | **Certified Fire Investigator**<br>National Board of Fire Service<br>Professional Qualifications<br>Quincy, Massachusetts<br>Certificate number 39137 |
| 09-22-95 | **Certified Hazardous Waste Site-Worker**<br>Required by OSHA Standard 29CFR 1910-120<br>OccuHealth, Inc.<br>Mansfield, Massachusetts<br>(Annual Re-certification) |

**09-95**          **Certified Firefighter I**
                   Massachusetts Firefighting Academy
                   Stow, Massachusetts.

**Specialized Fire Investigation Training**

| | |
|---|---|
| 5/21/01<br>to<br>5/15/01 | **Annual Meeting and Conference**<br>**International Association of Arson Investigators**<br>Atlantic City, New Jersey |
| 11/30/00 | **Heating System Fires and Fire Dynamics**<br>Mass Chapter<br>International Association of Arson Investigators |
| 10/5/00 | **Accelerant Evidence Collection Techniques**<br>Mass Chapter<br>International Association of Arson Investigators |
| 3/21/00<br>to<br>3/25/00 | **2000 National Advanced**<br>**Fire, Arson, and Explosion Investigation**<br>**Science and Technology Program**<br>Fire and Safety Engineering Technology<br>Eastern Kentucky University |
| 01/21/99 | **Vehicle Fires and Fraud**<br>Mass Chapter<br>International Association of Arson Investigators |
| 11/19/98 | **Fire Protection Systems**<br>Mass Chapter<br>International Association of Arson Investigators |
| 05-22-98 | **Health and Safety - for Hazardous Waste Operations**<br>Required by OSHA Standard 29CFR 1910-120<br>OccuHealth, Inc.<br>Mansfield, Massachusetts - 8 hours<br>(Refresher training program) |
| 05-15-97<br>to<br>05-16-97 | **Mock Trial - Trial Preparation**<br>Massachusetts Chapter<br>International Association of Arson Investigators<br>Cape Cod Community College<br>Barnstable, Massachusetts - 12 hours. |

**Specialized Training (continued)**

| | | |
|---|---|---|
| 05-15-96 to 05-16-96 | | **Fire and Arson Investigation Workshop on Appliance Failures and Fires**<br>Massachusetts Chapter<br>International Association of Arson Investigators<br>Cape Cod Community College<br>Hyannis, Massachusetts - 11 hours. |
| 03-29-96 | | **Advanced Arson Investigative Techniques for the Insurance Industry**<br>Department of the Treasury<br>Bureau of Alcohol, Tobacco and Firearms<br>Federal Law enforcement Training Center<br>Glynco, Georgia - 50 hours. |
| 05-31-95 to 06-02-95 | | **Fire Dynamics, Case Preparation, Defending Civil Cases, Flashover Vs Flammable Liquid Burn Patterns & Environmental Considerations**<br>Massachusetts Chapter<br>International Association of Arson Investigators, Inc.<br>Cape Cod Community College<br>Hyannis, Massachusetts - 16.5 hours. |
| 01-26-95 | | **Expert Witness Testimony/Court Room Demeanor and Investigation of Large Loss Fires/The "Black Hole"**<br>Massachusetts Chapter<br>International Association of Arson Investigators, Inc.<br>Florian Hall<br>Boston, Massachusetts - 6 hours. |
| 05-18-94 | | **Vehicle - Recreational Vehicle Fires Photography and HAZ-MAT**<br>International Association of Arson Investigators, Inc.<br>Westford, Massachusetts - 12.5 hours. |
| 05-08-94 | | **Initial Response to Hazardous Materials (Explosion - LP/gas).**<br>National Fire Academy<br>Emmitsburg, Maryland - 12 hours. |
| 11-27-93 to 12-10-93 | | **Fire/Arson Investigation**<br>National Fire Academy<br>Emmitsburg, Maryland - 80 hours.<br>(Explosion - LP/gas) - 7 hours. |

## Specialized Training (continued)

| | | |
|---|---|---|
| 10-28-93 to 10-30-93 | **Fire Research and Development** International Association of Arson Investigators, Inc. Mansfield, Massachusetts - 18 hours. | |
| 05-18-93 to 05-20-93 | **Fire and Arson Investigation Seminar** International Association of Arson Investigators, Inc. Mansfield, Massachusetts - 22 hours. | |
| 04-14-93 | **Juvenile Firesetters Intervention Training** The Worcester Fire Department Fire Prevention Bureau Worcester, Massachusetts - 6 hours. | |
| 03-01-93 | **HAZ-MAT First Responder** Massachusetts Firefighting Academy Rutland Fire Department Rutland, Massachusetts - 8 hours. | |
| 01-24-93 to 01-25-93 | **Fire/Arson Detection** National Fire Academy Emmitsburg, Maryland - 12 hours. | |
| 01-21-93 | **NFPA - 921 - Flammability of Furniture and Mattresses** International Association of Arson Investigators, Inc. Sturbridge, Massachusetts - 7 hours. | |
| 10-06-92 | **Electricity and Fire Cause** Massachusetts Firefighting Academy Stow, Massachusetts - 3 hours. | |
| 09-17-92 | **Evidence Collection** Massachusetts Chapter International Association of Arson Investigators, Inc. Mount Wachusett Community College Gardner, Massachusetts - 8 hours. | |
| 05-19-92 to 05-21-92 | **Essentials of Fire Investigations** Massachusetts Chapter International Association of Arson Investigators, Inc. Host Inn, Mansfield, Massachusetts - 18 hours. | |
| 09-19-91 | **Photographic Evidence and Narcotic Related Fires** International Association of Arson Investigators, Inc. Frohsinn Club Shrewsbury, Massachusetts - 6 hours. | |

**Specialized Training (continued)**

| | |
|---|---|
| 05-19-91 | **Arson Investigation**<br>Meadowood County Fire Department<br>Troy, New Hampshire - 16 hours. |
| 04-26-91<br>to<br>04-27-91 | **Fire/Arson Detection**<br>Massachusetts Firefighting Academy<br>Gardner, Massachusetts - 12 hours. |
| 03-14-91 | **Recovering Physical Evidence - Fire Explosion Litigation**<br>**Electrical Fire Scene Investigation**<br>Massachusetts Chapter<br>International Association of Arson Investigators, Inc.<br>Fitchburg, Massachusetts - 6 hours. |
| 11-15-90<br>to<br>11-16-90 | **Arson Investigators Seminar**<br>Connecticut Chapter<br>International Association of Arson Investigators, Inc.<br>Hartford, Connecticut - 12 hours. |
| 01-15-90<br>to<br>01-16-90 | **Arson Investigators Seminar**<br>Connecticut Chapter<br>International Association of Arson Investigators, Inc.<br>Hartford, Connecticut - 12 hours. |

**Professional Association Memberships**

International Affiliation International Association of Arson Investigators

Massachusetts Chapter International Association of Arson Investigators

National Fire Protection Association

National Association of Fire Investigators.