## Testimony History of Jeffrey K. Lowe

| Case Name | Date | Location | Docket # | Testimony |
|---|---|---|---|---|
| McPherson v Larsen | 3/16/05 | Plymouth Cty | 2003-01528-B | Deposition |
| U.S. v Gaffney | 12/5/04 | Federal Dist | | Trial |
| Ellis v KD Construction | 4/23/04 | Boston, MA | | Deposition |
| Krause v Perry/Kitchen | 10/9/02 | Boston, MA | 99-01891 | Deposition |
| Commonwealth v May | 10/2/02 | Worcester, MA | | Trial |
| Polycarbon v Advantage | 6/25/02 | Fed District | 00-40010-NMG | Trial |
| Polycarbon v Advantage | 3/13/02 | Natick, MA | 00-40010-NMG | Deposition |
| Parbon v. Sears | 12/12/01 | Cambridge, MA | | Deposition |
| Holden v. White | 11/21/01 | Lowell, MA | 002114 | Deposition |
| Kearney v. Diversified | 6/21/01 | Wellesley, MA | 99-2180G | Deposition |
| Vourous v. Omjoza | 3/21/01 | Boston, MA | SUCV00-034976 | Deposition |
| Crabtree v. GE | 4/21/00 | Boston, MA | 98-0308A | Deposition |
| Jeanmichel v. Aetna | 1/5/99 | Stoughton, MA | 95-0093B | Trial |
| Gorman v. White/Sears | 7/26/97 | Boston, MA | 95-2334 | Deposition |