UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VERMONT MUTUAL INSURANCE COMPANY, as Subrogee of Robert and Nancy McNeil, and ROBERT and NANCY MCNEIL,<br>   Plaintiffs,<br><br>v.<br><br>HAMILTON BEACH PROCTOR-SILEX, INC.,<br>   Defendant. | C. A. NO. 04 CV 12257 NG |

**PLAINTIFFS', VERMONT MUTUAL INSURANCE COMPANY, AS SUBROGEE OF ROBERT AND NANCY MCNEIL AND ROBERT AND NANCY MCNEIL, <u>SUPPLEMENTAL EXPERT DISCLOSURES</u>**

Pursuant to Fed. R. Civ. P. 26(a)(2) and the Scheduling Order entered in this matter, Plaintiffs' Vermont Mutual Insurance Company as Subrogee of Robert and Nancy McNeil and Robert and Nancy McNeil ("Plaintiffs") supplements the following information regarding the expert witnesses the Plaintiffs intend to call at the trial of this matter:

  **Robert L. Smith, Jr.**
  **Butterworth & O'Toole, Inc.**
  **P.O. Box 8294**
  **Salem, MA 01971**

C. <u>Qualifications</u> - <u>See</u> Mr. Smiths' Curriculum Vitae, a true and accurate copy of which is appended hereto.

E.     Compensation   -    Mr. Smith is to be compensated for study at the rate of $95.00 and testimony at the rate of $95.00 per hour.

Plaintiffs,
VERMONT MUTUAL
INSURANCE COMPANY, ROBERT
MCNEIL & NANCY MCNEIL
By their attorneys,

S/ Douglas F. Hartman
_____
R. Bart Warner
BBO# 552952
Douglas F. Hartman
BBO # 642823
MONAHAN & ASSOCIATES, P.C.
113 Union Wharf
Boston, MA 02109
(617) 227-1500

CERTIFICATE OF SERVICE

I, Douglas F. Hartman, hereby certify that on this 8th day of June, 2006, a copy of the forgoing was served upon all counsel of record by electronic filing through the United States District Court for the District of Massachusetts, ECF filing system.

S/Douglas F. Hartman
_____
Douglas F. Hartman

9mcneil/suppexpdisclosure