ROBERT L. SMITH, JR.
13 VICTORY ROAD
SALEM, MA 01970

**1/91 - Present**   **BUTTERWORTH & O'TOOLE, INC.**
Salem, MA
**PROPERTY LOSS ADJUSTER:** Duties include:

Estimating, settling and negotiating both first and third party, residential and commercial losses.

**1/88 - 1/91**   **AETNA INSURANCE COMPANY**
Brockton, MA
**PROPERTY LOSS ADJUSTER:** Duties included:

Maintaining a case load of first and third Party property losses.

Member of Aetna's hurricane Hugo and hurricane Gabrielle Catastrophe Team.

**5/87 - 1/88**   **GERALD J. KELLIHER GENERAL CONTRACTORS**
Brockton, MA
**CREW SUPERVISOR:** Duties included:

Assisted in all aspects of residential and commercial construction projects.

**EDUCATION:**   Salem State College, B.S. Political Science, 1987

International Estimating Academy
Gettysburg, PA, 1/1989