UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| VERMONT MUTUAL INSURANCE | ) | |
| COMPANY, as Subrogee of | ) | |
| Robert and Nancy McNeil, and | ) | |
| ROBERT and NANCY MCNEIL | ) | |
|     Plaintiffs, | ) | |
| | ) | |
| v. | ) | C. A. NO. 04 CV 12257 NG |
| | ) | |
| HAMILTON BEACH PROCTOR- | ) | |
| SILEX, INC., | ) | |
|     Defendant. | ) | |

**PLAINTIFFS', VERMONT MUTUAL INSURANCE COMPANY, AS SUBROGEE OF ROBERT AND NANCY MCNEIL AND ROBERT AND NANCY MCNEIL, SUPPLEMENTAL EXPERT DISCLOSURES**

Pursuant to Fed. R. Civ. P. 26(a)(2) and the Scheduling Order entered in this matter, Plaintiffs' Vermont Mutual Insurance Company as Subrogee of Robert and Nancy McNeil and Robert and Nancy McNeil ("Plaintiffs") supplements the following information regarding the expert witnesses the Plaintiffs intend to call at the trial of this matter:

1. **Michael J. Rains, P.E.**
   **Engineering and Fire Investigations**
   **634 State Road, Suite K**
   **N. Dartmouth, MA  02747**

A.   <u>Written Report</u>   -   Plaintiffs in addition to relying upon Mr. Rains' EFI, Engineering and Fire Investigations written report dated August 16, 2002, the Plaintiff's also rely upon Mr. Rains' August 21, 2006, written report which is appended hereto.

        Plaintiffs,
VERMONT MUTUAL
INSURANCE COMPANY, ROBERT
MCNEIL & NANCY MCNEIL
By their attorneys,

S/ Douglas F. Hartman
_____
R. Bart Warner
BBO# 552952
Douglas F. Hartman
BBO # 642823
MONAHAN & ASSOCIATES, P.C.
113 Union Wharf
Boston, MA 02109
(617) 227-1500

## CERTIFICATE OF SERVICE

    I, Douglas F. Hartman, hereby certify that on this 1st day of September, 2006, a copy of the forgoing was served upon all counsel of record by electronic filing through the United States District Court for the District of Massachusetts, ECF filing system.

S/Douglas F. Hartman
_____
Douglas F. Hartman

9mcneil/suppexpdisclosure-rains

2