## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

<u>Vermont Mutual Insurance Co., et al</u>

    V.

<u>Hamilton Beach</u>                                            Civil Action: 04-cv-12257-NG
        Defendant

### SETTLEMENT ORDER OF DISMISSAL

<u>Gertner, D. J.</u>

    The Court having been advised on <u>  September 18, 2006  </u> that the above-entitled action has been settled;

    IT IS ORDERED that this action is hereby dismissed, without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within sixty (60) days if settlement is not consummated.

                                                      By the Court,

<u>     9/18/06        </u>                            <u> /s/Maryellen Molloy           </u>
       Date                                                    Deputy Clerk

(DISM 30 DAY VERMONT 9-06.wpd - 12/98)                                            [stlmtodism.]